**Opinion issued April 30, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00850-CV

———————————

**REGINALD TAYLOR, Appellant**

**V.**

**UNIVERSITY OF TEXAS MEDICAL BRANCH AT HOSPITAL GALVESTON, Appellee**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 18-CV-0105**

## MEMORANDUM OPINION

Appellant, Reginald Taylor, has failed to timely file his appellate brief. *See* TEX. R. APP. P. 38.6(a)(1), (d), 38.8(a)(1). The Clerk of this Court's April 4, 2019 notice warned appellant that his deadline to file his appellant's brief had expired and that his appeal was subject to dismissal for want of prosecution if he failed to timely

file his appellant's brief within 10 days of the date of that notice. *See* TEX. R. APP. P. 38.6(d), 38.8(a)(1), 42.3(b). Appellant failed to timely file a brief or request an extension. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file an appellant's brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.